**Order entered September 14, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00708-CV**

**IN RE DAVID REISS**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02498**

**ORDER**
Before Justices Myers, Molberg, and Evans

Before the Court is relator's July 30, 2020 petition for writ of mandamus. In the petition, relator complains of the trial court's failure to rule on six motions that have been pending from four to eighteen months. We request a response, if any, from real parties in interest and respondent **by September 28, 2020**.

/s/    KEN MOLBERG
JUSTICE